1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

**FILED**

NOV 0 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of: | CASE NO. 2:18-SW-0892   EFB |
12 | INFORMATION ASSOCIATED WITH XROSS114@GMAIL.COM AND DIMITRIGLEN85@GMAIL.COM, THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | SEALING ORDER |
13 | | **UNDER SEAL** |

16                          **SEALING ORDER**

17     Upon Application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19 SEALED until further order of this Court.

21 Dated:      November  /  , 2018

                                          _____
                                          Hon. Edmund F. Brennan
                                          U.S. MAGISTRATE JUDGE